UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| vs. | : CRIMINAL NO. 1:11-CR-347-05 |
| HERIBERTO COLLAZO-MEDINA, Defendant | : |

*O R D E R*

AND NOW, July 15th, 2015, upon consideration of Defendant's pro se motion to reduce his sentence (Doc. 300), based on Amendment 782, and a review of his sentencing proceeding, as well as the explanation provided him by the Probation Office under date of July 14, 2015 (Doc. 306), it is ORDERED that said motion is DENIED.

The record reveals that Defendant was properly sentenced as a career offender and is ineligible for relief under Amendment 782.

                                                /s/ William W. Caldwell
                                                William W. Caldwell
                                                United States District Judge